

# Summons

In the matter of Ching-Ye Hsiaw also known as Henry Hsiaw

Internal Revenue Service (Division): Small Business/Self-Employed

Industry/Area (name or number): California Area

Periods: January 1, 2006 through December 31, 2011

**The Commissioner of Internal Revenue**

To: UBS AG

At: 701 Brickell Avenue, Suite 3250, Miami, Florida 33131, Attention: Custodian of Records

You are hereby summoned and required to appear before Angela Arevalo, Revenue Agent [057712] or her designee an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

See Attachment B to Summons issued on 7/1/2013 to UBS AG in the matter of Ching-Ye Hsiaw also known as Henry Hsiaw. Attachment A to Summons issued on 7/1/2013 to UBS AG in the matter of Ching-Ye Hsiaw also known as Henry Hsiaw, provides instructions and definitions for your use in preparing your response to this Summons.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

51 South-West First Avenue, Miami, Florida 33130, Mail Stop 4426 305-982-5117

**Place and time for appearance at** 51 South-West First Avenue, Miami, Florida 33130, Mail Stop 4426

on the 29 day of July 2013 (year) at 9:00 o'clock AM m.

**Issued under authority of the Internal Revenue Code this** 1 day of July, 2013 (year)

FJNFB
cn=FJNFB, email=James.F.Dertel@irs.gov
2013.05.08 11:52:55 -07'00'

Signature of issuing officer

Revenue Agent, ID 1000682821

Title

Digitally signed by Nicholas Connors
Date: 2013.05.08 12:08:14 -07'00'

Signature of approving officer *(if applicable)*

Group Manager, ID 68-2639

Title

IRS

Department of the Treasury
Internal Revenue Service

www.irs.gov

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

**Original — to be kept by IRS**

GOVERNMENT EXHIBIT A

PENGAD 800-631-6989



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 7/1/2013 | 12:00 PM |

**How Summons Was Served**

1. ☒ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed. Janet Costilla
2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): ____
3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: UBS AG 701 Brickell Avenue, Suite 3250, Miami, Florida 33131, Attention: Custodian of Records

| Signature | Title |
|---|---|
| [signature] | Revenue Agent |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: 7/1/2013 Time: 4:00PM

Name of Noticee: Ching-Ye Hsiaw also known as Henry Hsiaw

Address of Noticee (if mailed): Apt. 7-9-F, Friendship Square, 1098 Jianshe Road Shenzhen, CHINA 518001

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|---|---|
| [signature] | Revenue Agent |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | Revenue Agent |

## ATTACHMENT A

Attachment A to Summons issued on 7/1/2013 to UBS AG in the matter of Ching-Ye Hsiaw also known as Henry Hsiaw.

### Instructions

1. The requested items are those listed on Attachment B attached to the Summons.
2. For purposes of this Summons, you are required to produce all documents described in this Summons (or summons attachment), whether located in the United States **or outside the United States**, that are in your possession, custody, control, or otherwise accessible or available to you either directly or through other entities.
3. In performing the search for requested items, please also search the records of your private banking department or office.
4. Where feasible, please generate account statements and other requested items in English.
5. Personal appearance is not required. The information may be mailed to the address indicated on the Summons in lieu of appearance.
6. For any document with information on both sides of the document, please provide copies of both sides of the document or make available the original document.
7. If any attachment or attachments to any requested document exists, the request extends to encompass said attachments.
8. If the requested items were once available, but are no longer in existence or in your possession, custody, or control, please provide:
   a. Your written policy and procedures for storing and retaining such materials and for destruction of such material;
   b. Documents showing that such materials are no longer in existence, the date destroyed, and the reasons for the destruction; and
   c. Documents that indicate alternative sources of the requested information.

### INSTRUCTIONS FOR PRODUCTION OF ELECTRONICALLY STORED RECORDS

If the records requested herein are stored in your record retention systems and/or by your technology, data, or other service providers, they should be produced on electronic media according to the following criteria:

Attachment A

I. Text Data

A. Text data relating to transactions shall be produced within a data file:

1. Using a delimited ASCII text data format; or

2. Using software that can export to a commonly readable, nonproprietary file format without loss of data.

3. If text data is stored in a format readable only by proprietary software, provide a copy of software necessary to enable the data to be retrieved, manipulated, and processed by a computer.

B. Text data files relating to transactions shall include field descriptions (e.g., account number, date/time, description, payee/payor, check number, item identifier, amount, etc.)

II. Image Data

A. Image data shall be produced in graphic data files in a commonly readable, nonproprietary format with the highest image quality maintained.

B. Image data of items associated with transactions (e.g., cancelled checks, deposit slips, etc.) shall be:

1. Produced in individual graphic data files with any associated endorsements;

2. Linked to corresponding text data by a unique identifier; and

3. Image collections, OCR (optical character recognition), and image linking files must be produced in a Concordance load-ready format, ideally in a Concordance database.

III. Encryption/Authentication

A. Electronically stored records may be transmitted in an encrypted container. Decryption keys and/or passwords shall be produced separately at the time the data is produced.

B. Authentication, such as hash coding, may be set by agreement.

C. Affidavits or certificates of authenticity for the records may be included as part of the electronic production.

If you have questions about the format in which to provide electronic data, please contact Revenue Agent Oertel by telephone at (408) 283-2097.

**ATTACHMENT B**

Attachment B to Summons issued on 7/1/2013 to UBS AG in the matter of Ching-Ye Hsiaw also known as Henry Hsiaw.

Produce, for the calendar years 2001 through 2011, any and all records pertaining to accounts at UBS branches in Singapore in the name of Ching-Ye Hsiaw also known as Henry Hsiaw whether held jointly or severally or as trustee or fiduciary, custodian, executor or guardian as well as accounts in the name of any other entity in which Mr. Hsiaw may have a financial interest. Include all accounts of which Mr. Hsiaw is identified as beneficial owner on UBS AG records or over which he had signatory authority or the right of withdrawal, and specifically, include UBS Singapore Account number [redacted]8630.

These records should include, but are not limited to:

SAVINGS ACCOUNT RECORDS: Including signature cards and account applications (regardless of date), ledger cards or records reflecting dates and amounts of deposits, withdrawals, interest, records of electronic fund transfers in and out, debit and credit memos, deposit slips, checks deposited, withdrawal slips, and checks issued for withdrawals.

CHECKING ACCOUNT RECORDS: Including signature cards and account applications (regardless of date), bank statements, deposit slips, checks deposited, checks drawn on the account, records of electronic fund transfers in and out, and records pertaining to all debit and credit memos.

SECURITIES ACCOUNT RECORDS: Including the following records:

a. Account signature cards and account applications(from inception of account)
b. Know your customer files or similar records required by local law or practice or by the firm's customer identification procedure or Anti-Money Laundering Program (from inception of account)
c. Anti-money laundering (AML) reports generated by UBS in conjunction with its AML program as required by legislation or regulatory authorities
d. Financial statements or other information pertaining to account holder financial condition
e. Internal firm master file or other control records pertaining to the account
f. "Interested party statements and confirms" or other records reflecting names and contact information of persons entitled to receive copies of statements or confirmations of trades at any time during the above period
g. Records reflecting names and contact information of all persons having trading authority on the account at any time during the above period, including but not limited to powers of attorney, consultation agreements, or other documents conferring that authority

Attachment B

h. Records reflecting names and contact information of persons having authority to withdraw funds from or close the account at any time during the above period
i. Records reflecting all methods of communicating with the account holder or all other authorized persons regarding the account, including mailing addresses, telephone numbers, facsimile numbers, and e-mail addresses
j. Monthly or periodic account statements
k. Cancelled checks or transfer items (front and back) paid or transferred to or for the benefit of or at the direction of the account holder or others acting on the account holder's behalf
l. Deposit slips and deposited items or transfer items deposited or received by or for the benefit of or at the direction of the account holder or others acting on the account holder's behalf
m. Records of rollovers and transfers of funds or assets to or from the account
n. Credit and debit memos and advices
o. Records of all wire transfers to, from, or through the account (including instructions and authorizations)
p. Records of credit, debit, or charge cards issued with respect to the account, including
    1) Credit/Debit/Charge Card Applications
    2) Credit/Debit/Charge Card Monthly or Periodic Statements
    3) Credit Card Charges
    4) Debit Advices
    5) Cash Advances
q. Records of on-line or Internet access to the account, including user names and passwords from the inception of the account, and records identifying the IP Address of the computer from which trade Instructions were received

LOAN RECORDS: Including applications, financial statements, loan collateral, credit and background investigations, loan agreements, notes or mortgages, settlement sheets, contracts, checks issued for loans, repayment records, including records revealing the date, amount, and method of repayment (cash or check), checks used to repay loans and a record disclosing the total amount of discount or interest paid annually, records of any liens, loan correspondence files, and internal bank memoranda.

SAFE DEPOSIT BOX RECORDS: Including contracts, access records, and records of rental fees paid disclosing the date, amount, and method of payment (cash or check).

CERTIFICATES OF DEPOSIT AND MONEY MARKET CERTIFICATES: Including applications, actual instruments, records of purchases and redemption's, checks issued on redemption, checks used to purchase certificate, any correspondence and any Forms 1099 issued, records revealing the annual interest paid or accumulated, the dates of payment or date interest is earned, checks issued for interest payments.

Attachment B

CREDIT CARD RECORDS: Including customer's application, signature card, credit or background investigations conducted, correspondence, monthly billing statements, individual charge records, repayment records disclosing the dates, amounts and method (cash or check) of repayment, checks used to make repayments (front and back).

PURCHASES OF BANK CHECKS: Purchases of bank checks, cashier, teller, traveler's check records, or money order records including the check register, file copies of the checks or money orders, records revealing the date and source of payment for said checks or money orders.

OTHER RECORDS: Records of certified checks, wire transfers, or collections, letters of credit, bonds and securities purchased through UBS, savings bond transactions and investment accounts. Such records that disclose the date and amount of the transaction (method (cash or check) and source of payment, instruments and statements of transactions.

CORRESPONDENCE: All correspondence between UBS and Mr. Hsiaw and all correspondence between UBS and third parties regarding Mr. Hslaw. Memorandum files and/or desk files maintalned by the bank or its officers or employees (including specifically employees of any private banking department) reflecting communications between the bank and Mr. Hsiaw or others acting on his behalf, and documenting actions taken pursuant to directions received from Mr. Hsiaw or on his behalf; and reflecting any thoughts or decisions of the bank or its employees or officers regarding the account or relationship.

Doral Branch Postal Store
Miami, Florida
331729398
1158540105 -0095
07/02/2013 (800)275-8777 03:15:50 PM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| China - FCMI Letter | | | $2.05 |
| 1.50 oz. | | | |
| Registered | | | $12.95 |
| Insured Value : | | $0.00 | |
| Article Value : | | $0.00 | |
| Label #: | | RE857123105US | |
| Customs Form #: LC485397524US | | | |
| Customer Postage | | | -$18.50 |
| Subtotal: | | | $0.00 |
| Issue PVI: | | | $0.00 |
| China - FCMI Letter | | | $2.05 |
| 1.60 oz. | | | |
| Return Receipt | | | $3.50 |
| Registered | | | $12.95 |
| Insured Value : | | $0.00 | |
| Article Value : | | $0.00 | |
| Label #: | | RE857123105US | |
| Customs Form #: LC485397524US | | | |
| Customer Postage | | | -$18.50 |
| Subtotal: | | | $0.00 |
| Total: | | | $0.00 |

Paid by:

BRIGHTEN SOMEONE'S MAILBOX. Greeting cards available for purchase at select Post Offices.



**Janet Castilla**
Director
Business Management

**UBS AG, Miami Branch**
701 Brickell Avenue, 32nd Floor, Miami, FL 33131
Tel. +1-305-523 6633, Fax +1-305-523 6682
janet.fuertes-castilla@ubs.com

www.ubs.com



**Registered No.** RE857123105US

**Date Stamp**
0105
16
07/02/13

To Be Completed By Post Office

| | | | |
|---|---|---|---|
| Reg. Fee | $12.95 | | |
| Handling Charge | $0.00 | Return Receipt | $0.00 |
| Postage | $2.05 | Restricted Delivery | $0.00 |
| Received by | | | |
| Customer Must Declare Full Value $ | $0.00 | Domestic Insurance up to $25,000 is included based upon the declared value. International Indemnity is limited. (See Reverse) | |

DORAL BR MIAMI ... 33172 ... 2013

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM: 33172

TO: CN China

Ching-Ye Henry Hsiaw
Apt. 7-9-F, Friendship Square
1098 Jianshe Road
Shenzhen, CHINA 518001
中国深圳市建设路 1098 号
友谊广场 7 栋 9楼 F

PS Form **3806**, **Receipt for Re**
May 2007 (7530-02-000-9051)
For domestic delivery information, vis