UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-MC-20653-UNGARO/OTAZO-REYES

UNITED STATES OF AMERICA,

    Petitioner,

v.

UBS AG,

    Respondent.

_____/

## ORDER TO SHOW CAUSE

This matter came before this Court for consideration of the United States of America's Petition To Enforce IRS Administrative Summons, together with a supporting declaration and accompanying exhibit. It appears from the petition and declaration that the respondent, UBS AG ("Respondent") has failed to produce certain bank records relating or pertaining to Ching-Ye Hsiaw a/k/a Henry Hsiaw, as demanded in the IRS summons served on it. It is therefore

ORDERED AND ADJUDGED that Respondent SHALL APPEAR before the undersigned Magistrate Judge at the United States District Court, 301 North Miami Ave., Miami, Florida, Tenth Floor on **Thursday, March 31, 2016 at 3:30 p.m.** to show cause why it should not be compelled to obey the IRS summons served upon it on July 1, 2013.

It is further

ORDERED AND ADJUDGED that:

1. A copy of this Order, together with the petition, supporting declaration and accompanying exhibit, shall be served in accordance with Rule 4(h) of the Federal Rules of Civil Procedure upon the respondent within twenty-one (21) days of the date that this Order is served

upon counsel for the United States or as soon thereafter as possible. Pursuant to Rule 4.1(a), the Court hereby appoints Internal Revenue Agent James Oertel, or any other person designated by the IRS to effect service in this case.

2. Proof of service effectuated pursuant to paragraph 1, above, shall be filed with the Clerk of Court by **March 28, 2016**.

DONE AND ORDERED in Chambers at Miami, Florida this 2nd day of March, 2016.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

Copies furnished via CM/ECF to:

United States District Judge Ursula Ungaro
Counsel of Record


Copies furnished via service of process to:

UBS AG