UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:16-mc-20653-UU

UNITED STATES OF AMERICA,

    Petitioner,

v.

UBS AG,

    Respondent.
_____/

## AMENDED ORDER OF REFERENCE

PURSUANT to 28 U.S.C. § 636(b) and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned Cause is referred to United States Magistrate Judge ALICIA M. OTAZO-REYES to take all necessary and proper action as required by law with respect to **United States of America's Petition to Enforce IRS Administrative Summons (D.E. 1)**, including any motions for extension or enlargement of time that relates to such a petition. Pursuant to this referral order, it is also

ORDERED AND ADJUDGED that it shall be the responsibility of the respective parties in this case to note that courtesy copies of all materials necessary to the resolution of the referred matters shall be directed to the magistrate judge's chambers.

DONE AND ORDERED in Chambers at Miami, Florida, this _10th_ day of March, 2016.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record; Magistrate Judge Otazo-Reyes