UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:16-mc-20653-UNGARO/OTAZO-REYES

UNITED STATES OF AMERICA,

        Petitioner,

v.

UBS AG,

        Respondent.       /

**UNITED STATES OF AMERICA'S NOTICE OF VOLUNTARY DISMISSAL OF
ITS PETITION TO ENFORCE IRS ADMINISTRATIVE SUMMONS**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and for the reasons described, below, the petitioner, United States of America, voluntarily dismisses its Petition To Enforce IRS Administrative Summons (Doc. 1) with prejudice.

On February 23, 2016, the United States filed a Petition To Enforce IRS Administrative Summons (Doc. 1) against respondent, UBS AG, requesting an order to enforce the IRS summons and compel the respondent bank to produce certain bank records pertaining or relating to the account(s) that were established and maintained by or on behalf of Ching-Ye Hsiaw a/k/a Henry Hsiaw at UBS AG's branch office in Singapore during the calendar years 2001 through 2011. Shortly after the petition was filed, the parties engaged in discussions to determine if they could resolve the matter amicably and without the necessity of any further court involvement. Upon completion of those discussions, UBS AG advised the United States that it would comply with the IRS summons and produce all Singapore-based bank records responsive to the IRS

summons.  On May 31, 2016, UBS AG served its initial document production and, thereafter, supplemented its production on June 10, 2016.  On June 17, 2016, after reviewing the bank's document production, the IRS determined that UBS AG has complied with the IRS summons.  In view of the above, the United States voluntarily dismisses its petition with prejudice.

Respectfully submitted on this 21st day of June, 2016.

CAROLINE D. CIRAOLO
Acting Assistant Attorney General

/s/ Lynne M. Murphy
LYNNE M. MURPHY
Trial Attorney, Tax Division
U.S. Department of Justice
La. Bar No. 20465
D.C. Bar No. 485928
P.O. Box 14198
Ben Franklin Station
Washington, D.C.  20044
Telephone:  (202) 514-5881
Facsimile:   (202) 514-9868
E-mail:  lynne.m.murphy@usdoj.gov

OF COUNSEL:

WIFREDO A. FERRER
United States Attorney

*Attorneys for Petitioner United States of America*

## CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED** that service of the foregoing United States of America's Notice of Voluntary Dismissal of Its Petition To Enforce IRS Administrative Summons has this 21st day of June 2016, been made by electronically filing the document with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record on the Service List below:

John F. Savarese, Esq.
JFSavarese@wlrk.com
Ralph M. Levene, Esq.
RMLevene@wlrk.com
WACHTELL, LIPTON, ROSEN & KATZ
51 West 52nd Street
New York, New York  10019-6150

Eugene E. Stearns, Esq.
Estearns@stearnsweaver.com
Grace L. Mead, Esq.
gmead@stearnsweaver.com
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower
150 West Flagler Street, Suite 2200
Miami, Florida  33130

Lynne M. Murphy, Esq.
lynne.m.murphy@usdoj.gov
U.S. Department of Justice, Tax Division
P.O. Box 14198
Ben Franklin Station
Washington, D.C.  20044

/s/ Lynne M. Murphy
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Ben Franklin Station
Washington, D.C.  20044

14072920.1